FRANK RICH, Respondent, *v.* PENNSYLVANIA RAILROAD COMPANY, Appellant.

*Rich* v. *Pennsylvania R. R. Co.*, 134 App. Div. 993, affirmed.
(Argued December 6, 1911; decided December 22, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 29, 1909, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained through the negligence of defendant, his employer.

*George A. Larkin* and *A. J. Hastings* for appellant.

*George H. Harris* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ. Not sitting: VANN, J.